United States Bankruptcy Court
Eastern District of Arkansas

In re:  
Angela Self  
    Debtor

Case No. 22-13190-pmj  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0860-4      User: admin      Page 1 of 3  
Date Rcvd: Nov 15, 2022      Form ID: 309I      Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angela Self, 4406 Southland Ln., Benton, AR 72019-7818 |
| 6812895 | + | Ark. Dept. of Finance and Admi, 1509 W. 7th St., Ste 403, Little Rock, AR 72201-3966 |
| 6812900 | + | CC Connect, Balance Credit, PO Box 4356, Dept. 1557, Houston, TX 77210-4356 |
| 6812910 | + | Get Lendly, Capital Community Bank, 105 Sugar Camp Cir, Dept. CCB, Dayton, OH 45409-1977 |
| 6812920 | + | Today Card, Attn: Bankruptcy, Po Box 84032, Columbus, GA 31908-4032 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: skeltonandstevens@outlook.com | Nov 15 2022 22:05:00 | Mickey Lynn Stevens, American Bankruptcy Associates PLLC., Skelton & Stevens Legal Group PLLC., 2615 N. Prickett Road Suite 2, Bryant, AR 72022 |
| tr | | Email/Text: ecfmail@13ark.com | Nov 15 2022 22:06:00 | Joyce Bradley Babin, Chapter 13 Standing Trustee, <b>Line 1: 877-694-8061 code5202809</b>, <b>Line 2: 877-953-5412 code 6692958</b>, P.O. Box 8064, Little Rock, AR 72203-8064 |
| ust | + | Email/Text: USTPRegion13.LR.ECF@usdoj.gov | Nov 15 2022 22:05:00 | U.S. Trustee (ust), Office Of U. S. Trustee, 200 W Capitol, Ste. 1200, Little Rock, AR 72201-3618 |
| 6812894 | + | Email/Text: EBNProcessing@afni.com | Nov 15 2022 22:06:00 | Afni, Inc., Attn: Bankruptcy, Po Box 3427, Bloomington, IL 61702-3427 |
| 6812896 | + | Email/Text: bk@avant.com | Nov 15 2022 22:06:00 | Avant, Attn: Bankruptcy, Po Box 9183380, Chicago, IL 60691-3380 |
| 6812901 | + | EDI: CRFRSTNA.COM | Nov 16 2022 03:03:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 6812904 | | Email/Text: cfcbackoffice@contfinco.com | Nov 15 2022 22:06:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 6812897 | ^ | MEBN | Nov 15 2022 21:59:10 | Capital Community Bank/Lendy, LLC, Attn: Bankruptcy, 105 Sugar Camp Circle, Dayton, OH 45409-1977 |
| 6812898 | + | EDI: CAPITALONE.COM | Nov 16 2022 03:03:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 6812899 | + | EDI: CAPITALONE.COM | Nov 16 2022 03:03:00 | Capital One/Neiman Marcus/Bergdorf Goodm, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 6812902 | + | EDI: CITICORP.COM | Nov 16 2022 03:03:00 | Citibank/Exxon Mobile, Attn: Bnakruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 6812903 | + | EDI: WFNNB.COM | Nov 16 2022 03:03:00 | Comenity Bk/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |

| District/off: 0860-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 15, 2022 | Form ID: 309I | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 6812905 | | EDI: IRS.COM | Nov 16 2022 03:03:00 | Dept. of the Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 6812906 | + | EDI: DISCOVER.COM | Nov 16 2022 03:03:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 6812907 | + | EDI: AMINFOFP.COM | Nov 16 2022 03:03:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 6812911 | | Email/Text: bankruptcy@glsllc.com | Nov 15 2022 22:05:00 | Global Lending Service, LLC, Attn: Bankruptcy, PO Box 10437, Greenville, SC 29603 |
| 6812908 | + | EDI: PHINGENESIS | Nov 16 2022 03:03:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 6812909 | + | EDI: PHINGENESIS | Nov 16 2022 03:03:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 6812913 | + | Email/Text: bankruptcy.notices@hdfsi.com | Nov 15 2022 22:06:00 | Harley Davidson Financial, Attn: Bankruptcy, PO Box 22048, Carson City, NV 89721-2048 |
| 6812915 | | Email/Text: ml-ebn@missionlane.com | Nov 15 2022 22:06:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 6812914 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 15 2022 22:17:35 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 6812916 | + | EDI: AGFINANCE.COM | Nov 16 2022 03:03:00 | OneMain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 6812917 | + | Email/Text: bankruptcy@pro-credit.com | Nov 15 2022 22:06:00 | Professional Credit Management, Inc., Po Box 4037, 500 West Washington Ave, Jonesboro, AR 72401-2780 |
| 6812918 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 15 2022 22:17:44 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 6812919 | | Email/Text: bankruptcy@springoakscapital.com | Nov 15 2022 22:06:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 6812912 | | Greg Self |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2022     Signature:     /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0860-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 15, 2022 | Form ID: 309I | Total Noticed: 30 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Joyce Bradley Babin | ecfmail@13ark.com |
| Mickey Lynn Stevens | on behalf of Debtor Angela Self skeltonandstevens@outlook.com stevensmr82608@notify.bestcase.com |
| U.S. Trustee (ust) | USTPRegion13.LR.ECF@usdoj.gov Shari.Sherman@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdoj.gov;mary.b.mansfield@usdoj.gov;Kent.H.Johnson@usdoj.gov |

TOTAL: 3

| **Information to identify the case:** | | | | |
|---|---|---|---|---|
| Debtor 1 | **Angela Self** | | Social Security number or ITIN | **xxx–xx–9704** |
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | | Social Security number or ITIN | _ _ _ _ |
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Arkansas** | | Date case filed for chapter  13 | **11/14/22** |
| Case number: | **4:22–bk–13190** | | Judge: | **Phyllis M. Jones** |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                    10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Angela Self | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 4406 Southland Ln. Benton, AR 72019 | |
| 4. | **Debtor's attorney** Name and address | Mickey Lynn Stevens American Bankruptcy Associates PLLC. Skelton & Stevens Legal Group PLLC. 2615 N. Prickett Road Suite 2 Bryant, AR 72022 | Contact phone 501–481–8923 Email: skeltonandstevens@outlook.com |
| 5. | **Bankruptcy trustee** Name and address | Joyce Bradley Babin Chapter 13 Standing Trustee **Line 1: 877–694–8061 code5202809** **Line 2: 877–953–5412 code 6692958** P.O. Box 8064 Little Rock, AR 72203–8064 | Contact phone (501) 537–2500 |
| 6. | **Bankruptcy clerk's office** Documents in this case should be filed in ECF or at one of these addresses. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | 300 W. 2nd Street Little Rock, AR 72201 OR 35 E. Mountain St. Rm 316 Fayetteville, AR 72701 | Hours open 8:00 a.m. – 5:00 p.m. Contact phone: 501–918–5500 or 479–582–9800 Date: 11/15/22 |

**For more information, see page 2**

Official Form 309I                    **Notice of Chapter 13 Bankruptcy Case**                    page 1

Debtor **Angela Self** | Case number **4:22–bk–13190**

| | | |
|---|---|---|
| **7. Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 16, 2022 at 02:00 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. **\*\*\* Valid photo identification and proof of social security number required \*\*\*** | **Location:** 341a Telephonic Meeting, use Teleconf number Line 1, shown in trustee's address above. |
| **8. Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** **You must file:** • a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or • a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 2/14/23** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** \*\* Effective December 1, 2017, for holder(s) of a claim secured by a security interest in the debtor's principal residence, please reference Bankruptcy Rule 3002(c)(7) regarding filing deadlines for attachments filed as a supplement to the holder's claim. | **Filing deadline: 1/23/23** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 5/15/23** |
| | **Deadlines for filing proof of claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim can be filed on-line at www.arb.uscourts.gov or obtained at www.uscourts.gov or any bankruptcy clerk's office and filed at either address listed in #6 above. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors or within 30 days after any amendment to the list or supplemental schedules is filed, whichever is later. \*\*\*\* |
| | **Deadline to object to exemptions in cases converted to Chapter 7:** | \*\*\*\***Filing deadline:** See Bankruptcy Rule 1019(2)(B). |
| **9. Filing of plan** | A copy of the Chapter 13 Plan may be viewed online at pacer.uscourts.gov or at the bankruptcy clerk's office or you may contact your attorney for additional information. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. Objections to confirmation must be filed with the Court and served on the Trustee and Debtor on or before the fourteenth (14th) day after the meeting of creditors is concluded. If no objection is timely filed, the plan will be confirmed pursuant to Federal Rule of Bankruptcy Procedure 3015. If objections are timely filed, a hearing on confirmation will be set by subsequent notice. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |
| **14. Intent to abandon property** | The trustee may give notice at the meeting of creditors of his/her intent to abandon property unless objections are filed within 15 days. | |