IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE:  ANGELA SELF  
        DEBTOR

CASE NO: 4:22-bk-13190  
CHAPTER 13

## OBJECTION TO CONFIRMATION OF PLAN

Comes Larry Walther, in his Official Capacity as Cabinet Secretary of the Arkansas Department of Finance and Administration ("Creditor" hereafter), by and through his counsel of record herein, and for his Objection to Confirmation of Plan states as follows:

1. Creditor is a party in interest in this case and is charged with the responsibility of administering certain state taxes which are the responsibility of the Debtor.

2. Arkansas individual income tax has been assessed against Debtor Angela Self for tax years 2016, 2017, and 2021.

3. Creditor filed a certificate of indebtedness (tax lien) against the Debtor to secure the Arkansas income tax assessed against the Debtor for tax years 2016 and 2017.

4. On November 29, 2022, the Creditor filed a secured claim in the amount of $3,295.48 for the income tax assessed against the Debtor for tax years 2016 and 2017. *See* Pacer Claim No. 5-1. Under state law, at Ark. Code Ann. § 26-18-508 (Repl. 2020), interest accrues on tax delinquencies at the rate of ten percent (10%) per annum.

5. On November 16, 2022, and in violation of 11 U.S.C. § 1325(a)(5), the Debtor filed an amended plan of reorganization ("the plan") [doc. 8] which fails to provide for payment of the secured claim of the Creditor, and effectively strips the lien filed by the Creditor in violation of the provisions of 11 U.S.C. § 1325(a)(5).

6. As the plan fails to provide for the tax claims filed by the Creditor, it also fails to provide that the Creditor's lien shall be retained until the earlier of the payment of the claims or discharge,

or that the Creditor's lien shall be retained if the case is dismissed or converted. As such, the plan violates the provisions of 11 U.S.C. § 1325(a)(5)(B).

7. For the reasons set forth herein, the Creditor prays for an order which sustains its objection and requires the Debtor to modify the plan to provide for full payment of the taxes assessed by the Creditor.

**WHEREFORE,** for the reasons stated above, Creditor prays for an order sustaining his objection, and for all other just and appropriate relief to which he may be entitled.

Respectfully Submitted,

Arkansas Department of Finance and Administration

By: /s/ *Leslie D. Fryxell*
Leslie D. Fryxell
State Bar No. 88096
Department of Finance and Administration
Office of Revenue Legal Counsel
P.O. Box 1272, Room 2380
Little Rock, AR 72203
(501) 682-7030
leslie.fryxell@dfa.arkansas.gov

## CERTIFICATE OF SERVICE

I, Leslie D. Fryxell, do hereby certify that on December 20, 2022, copies of the foregoing pleading were served electronically upon: Joyce B. Babin, Chapter 13 Standing Trustee; Mickey Stevens, attorney for the Debtor; and upon all other parties registered to receive electronic noticing in this case.

/s/ *Leslie D. Fryxell*
Leslie D. Fryxell