IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

In re:   ANGELA SELF                                                                          Case No:   4:22-bk-13190 J

## OBJECTION TO CONFIRMATION
## OF INITIAL PLAN

Joyce Bradley Babin, Chapter 13 Standing Trustee, submits this Objection to Confirmation of Initial Plan. The Chapter 13 filing and plan fail to comply with the following:

1. 11 U.S.C. § 1325(b)(1) - The payments to be distributed to unsecured creditors are inconsistent with disposable income. **(A) The Debtor should substantiate and/or reduce and/or eliminate the following expenses so additional funds are paid into the plan for the benefit of creditors: entertainment $400 a month. (B) The Debtor's non-filing spouse's child support payment of $309.12 a month ceases in May 2023. An amended plan should be filed prior to confirmation to provide for the Debtor's plan payment to increase at the time the domestic support obligation ceases. (C) The Debtor is proposing to retain property that is not necessary for an effective reorganization: a 2000 Caravelle 209 Bow Rider (One Main Financial). The Debtor should surrender her interest in this property. (D) The Debtor should provide specific information as to when the co-debtor's obligations cease: One Main Financial on a 2000 Caravelle 209 Bow Ride; Global Lending on a 2018 Ford Mustang. An amended plan should be filed prior to confirmation to provide for the Debtor's plan payment to increase at the times these obligations cease. (E) The Debtor has proposed to pay Harley Davidson as a long-term continuing debt. The Debtor should provide specific information as to when this debt is paid off. If the date is prior to the completion of the plan, the Debtor should bring this obligation into the plan prior to confirmation. (F) The Debtor's plan has proposed to make Adequate Protection payments on an obligation which has been proposed to be paid by the Debtor directly. The Debtor should file an amended plan to clarify what she wants the Trustee to pay.**

2. 11 U.S.C. § 1325(a)(1) - The plan does not comply with the provisions of Chapter 13 and the other provisions of the Bankruptcy Code. **(A) The Debtor failed to complete Statement of Financial Affairs Part 18 regarding transfers of property in the two years prior to the bankruptcy filing. An amended Statement of Financial Affairs should be filed prior to confirmation. (B) The Debtor's attorney Application for Compensation proposes an incorrect "kicker fee". An amended Application should be filed.**

3. 11 U.S.C. § 1325(a)(5) - **The plan does not provide for the filed secured claim of the Department of Finance and Administration (DF&A). The Debtor should amend her plan and schedules to provide for this claim.**

Because the filing and plan fail to comply with applicable provisions of the Bankruptcy Code, confirmation of the plan should be denied and the case should be dismissed pursuant to 11 U.S.C. § 1307 or, alternatively, the Debtor should be given an opportunity to submit an amended plan within a reasonable period of time.

WHEREFORE, the Trustee prays that confirmation of the plan is denied and the case is dismissed pursuant to 11 U.S.C. § 1307, or alternatively, that the Debtor is given an opportunity to submit an amended plan within a reasonable period of time; and for all other just, proper and equitable relief.

/s/  Joyce Bradley Babin
CHAPTER 13 STANDING TRUSTEE

tr   /004

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that a copy of the foregoing document was served on the Debtor's attorney and any other ECF Filing Users through Notice of Electronic Filing (ECF) and on the Debtor and any other non-ECF Filing Users by U.S. Mail, postage prepaid, as further listed below, on December 27, 2022.

/s/ Joyce Bradley Babin
Joyce Bradley Babin

cc:    Angela Self
       4406 Southland Ln.
       Benton, AR  72019